**FOR THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **GAYLE WILSON,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION 4:26-cv-00615** |
| | § | |
| **WAMART INC.,** | § | |
| ***Defendant.*** | § | |

**INDEX OF DOCUMENTS FILED IN STATE COURT**

1. Plaintiff's Original Petition, filed April 13, 2026;

2. Plaintiff's Citation Request Letter, filed April 13, 2026;

3. Citation Issued on Walmart Inc., filed April 13, 2026;

4. Executed Citation by Walmart Inc., filed April 30, 2026;

5. Executed Citation by Walmart Inc., filed April 30, 2026;

6. Walmart's Original Answer, filed May 18, 2026.

Respectfully submitted,

By: ______________________________

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
**HELEN H. EMERSON**
Texas Bar No. 24092556
hemerson@cowlesthompson.com
**FRANKIE D. PICONE**
Texas Bar No. 24126430
fpicone@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202-3746
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR WALMART**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 20th day of May 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

______________________________
**DAVID A. JOHNSON**